IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD O. SUTTON | : |
| | : |
| v. | : Civil Action No. 07-569 GMS |
| | : |
| MICHAEL J. ASTRUE COMMISSIONER OF SOCIAL SECURITY | : |
| | : |

# **O R D E R**

WHEREAS, on September 20, 2007, a complaint was filed in the above-captioned case (D.I. 1);

WHEREAS, on November 30, 2007, an Answer to the Complaint was filed by Michael J. Astrue (D.I. 4);

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared, proposed briefing schedule to the court by January 7, 2008.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

December 7, 2007